**IT IS ORDERED as set forth below:**

Date: July 5, 2018

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-66616 |
| | * | |
| SHANEQUE LAFAY FORD, | * | CHAPTER 13 |
| | * | |
| Debtor. | * | JUDGE BARBARA ELLIS-MONRO |
| _____ | * | |

**ORDER ON DEBTOR'S MOTION TO EXTEND 11 U.S.C. § 362(a) STAY**

This matter is before the court via the Debtor's "Motion to Extend Stay" ("The Motion") which was filed in the above-styled Chapter 13 case on September 26, 2017. Upon notice, the matter was set for hearing on October 18, 2017 at 2:15 p.m. At the call of the calendar, an appearance was made by counsel for the Debtor. No appearances were made by any other party-in-interest and no opposition was announced to the Motion. Based upon the foregoing, the record in this case, and good cause shown:

**ORDERED** that the Automatic Stay of 11 U.S.C. Section 362(a) shall be continued as to all creditors**,** until such time as the court orders the stay lifted or the case is dismissed.

**END OF DOCUMENT**

(Signatures on next page)

Prepared by,
   /s/_____
Elsa Rodriguez
GA Bar #611407
CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222

No Opposition:
 /s/_____
K. Edward Safir
GA Bar # 622149
Attorney for the Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303-1740
 (404) 525-1110

                                                          Distribution List

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303

Shaneque L. Ford
547 Gadwall Drive
Grayson, GA 30017

```
                           United States Bankruptcy Court
                            Northern District of Georgia
In re:                                                                    Case No. 17-66616-bem
Shaneque Lafay Ford                                                       Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 113E-9          User: kkprice                Page 1 of 2            Date Rcvd: Jul 05, 2018
                              Form ID: pdf603              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db             +Shaneque Lafay Ford,    547 Gadwall Dr,    Grayson, GA 30017-7946
               +CLARK & WASHINGTON, LLC,    3300 Northeast Expressway,    Building 3,    Atlanta, GA 30341-3932
cr             +Sara Harris,    Slipakoff & Slomka, P.C.,    2859 Paces Ferry Road,    Suite 1700,
                 Atlanta, GA  30339,   UNITED STATES 30339-6213
               +Shaneque L. Ford,    547 Gadwall Drive,    Grayson, GA 30017-7946
21018680       +Capital One Bank (USA), N.A.,    c/o Aldridge Pite Haan, LLP,    P.O. Box 52815,
                 Atlanta, GA 30355-0815
21129529        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
21018681       +Covington Credit,    316 S Grayson Highway Su,    Lawrenceville, GA 30046-7178
21278012        Directv, LLC,   by American InfoSource LP as agent,     PO Box 5008,
                 Carol Stream, IL  60197-5008
21276094       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
21208861       +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
21018682       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
21018683        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
21069614       +GFC Lending, LLC,    PO BOX 29018,   PHOENIX, AZ 85038-9018
21641863       +Sara Harris,    3256 Lavista Rd,    Decatur GA 30033-1421
21133998       +SunTrust Bank,    Attn: Support Services,    PO Box 85092,   Richmond, VA 23285-5092
21018692       +Wilkes Finance Corpo,    558 Old Norcross Rd. Ste. 107,    Lawrenceville, GA 30046-4385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 05 2018 21:00:31
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 05 2018 21:00:31
                 Office of the United States Trustee,    386 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
               +E-mail/Text: ebn@atlch13tt.com Jul 05 2018 21:01:36     Mary Ida Townson, Chapter 13 Trustee,
                 191 Peachtree Street NE,    Suite 2200,   Atlanta, GA 30303-1770
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 21:09:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
21191087       +E-mail/Text: bankruptcy@cavps.com Jul 05 2018 21:00:57     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
21018684        E-mail/Text: brnotices@dor.ga.gov Jul 05 2018 21:00:20     Georgia Department of Revenue,
                 Accounts Receivable Collection Section,     1800 Century Blvd. NE,    Suite 9100,
                 Atlanta, GA 30345
21018685       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Jul 05 2018 21:01:05      GO Financial,
                 7300 E Hampton Ave,    Mesa, AZ 85209-3324
21018686        E-mail/Text: cio.bncmail@irs.gov Jul 05 2018 21:00:03     IRS,    401 W. Peachtree St., NW,
                 Stop #334-D,   Room 400,    Atlanta, GA 30308
21018687        E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2018 20:59:50      Kohl’s,   Attn: Bankruptcy,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
21018688       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2018 20:59:50      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
21018689       +E-mail/PDF: pa_dc_ed@navient.com Jul 05 2018 21:09:32     Navient U.S. Department of Education,
                 Loan Servicing,    P.O. Box 9635,   Wilkes Barre, PA 18773-9635
21157157        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 21:09:36
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
21022060       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 05 2018 21:20:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
21151305       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 05 2018 21:00:54     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,   Saint Cloud Mn 56302-7999
21018690       +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 21:09:51      SYNCB Wal Mart,    PO Box 960024,
                 Orlando, FL 32896-0024
21018691       +E-mail/PDF: gecsedi@recoverycorp.com Jul 05 2018 21:10:15      SYNCB/Home Design,
                 P.O. Box 96503,    Orlando, FL 32896-0001
21061193        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2018 21:10:03      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
21050552       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 05 2018 21:09:39      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City OK 73118-7901
21023135       +E-mail/Text: usagan.bk@usdoj.gov Jul 05 2018 21:00:32     U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,   Atlanta GA 30303-3315
21018693       +E-mail/PDF: bk@worldacceptance.com Jul 05 2018 21:09:57     World Finance,
                 80 Powers Ferry Rd, SE,    Marietta, GA 30067-7582
21018694       +E-mail/PDF: bk@worldacceptance.com Jul 05 2018 21:09:57     World Finance Corp,
                 World Acceptance Corp/Attn: Bankruptcy,     7530 Whitehorse Rd Ste E,
                 Greenville, SC 29611-2000
21038658       +E-mail/PDF: bk@worldacceptance.com Jul 05 2018 21:09:33     World Finance Corporation,
                 World Acceptance Corporation,    Attn: Bankruptcy,   P.O. Box 6429,    Greenville, SC 29606-6429
                                                                                             TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

```
District/off: 113E-9                  User: kkprice                 Page 2 of 2                  Date Rcvd: Jul 05, 2018
                                      Form ID: pdf603               Total Noticed: 38
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
              Albert Clark Guthrie    on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com
              E. L. Clark    on behalf of Debtor Shaneque Lafay Ford ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              Howard P. Slomka    on behalf of Creditor Sara  Harris se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
                                                                                             TOTAL: 4
```